# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MCOM IP, LLC, | Civil Action No. 6:21-cv-00196 |
| Plaintiff, | |
| v. | |
| CSI, INC, | JURY TRIAL DEMANDED |
| Defendant. | |

**[PROPOSED] ORDER GRANTING DEFENDANT
CSI's RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Before this Court is Defendant's Rule 12(b)(6) Motion to Dismiss For Failure to State A Claim. After considering the Motion, the response thereto, and all proceedings herein, the Court is of the opinion that the Motion should be granted, and Plaintiff's Claims are dismissed with prejudice.

IT IS HEREBY ORDERED THAT Plaintiff's First Amended Complaint is dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

**IT IS SO ORDERED.**

Entered this _____ day of _____, 2021.

_____
HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MCOM IP, LLC, | Civil Action No. 6:21-cv-00196 |
| Plaintiff, | |
| v. | |
| CSI, INC, | JURY TRIAL DEMANDED |
| Defendant. | |

### [PROPOSED] ORDER GRANTING
### DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE

Before this Court is Defendant's Motion to Dismiss For Improper Venue. After considering the Motion, the response thereto, and all proceedings herein, the Court is of the opinion that the Motion should be granted, and Plaintiff's Claims are dismissed with prejudice.

IT IS HEREBY ORDERED THAT Plaintiff's First Amended Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

Entered this \_\_\_\_ day of _____, 2021.

HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MCOM IP, LLC, | Civil Action No. 6:21-cv-00196 |
| Plaintiff, | |
| v. | |
| CSI, INC, | JURY TRIAL DEMANDED |
| Defendant. | |

## [PROPOSED] ORDER GRANTING
## DEFENDANT'S MOTION TO TRANSFER

Before this Court is Defendant's Motion to Transfer. After considering the Motion, the response thereto, and all proceedings herein, the Court is of the opinion that this matter should be transferred to the District Court for the Western District of Kentucky.

IT IS HEREBY ORDERED THAT Plaintiff's First Amended Complaint is transferred to the Western District of Kentucky.

**IT IS SO ORDERED.**

Entered this ____ day of _____, 2021.

_____
HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE