# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| MCOM IP, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No. 6:21-cv-00196-ADA |
| v. | ) | |
| | ) | |
| CSI, INC. | ) | JURY TRIAL DEMANDED |
|     Defendant. | ) | |

## RESPONSE TO MOTION TO STAY

COMES NOW, Plaintiff mCom IP, LLC. ("mCom") and files this response to Defendant CSI, Inc.'s ("CSI") Motion to Stay[1] ("Defendant's Motion") removing its opposition to the Motion to Stay. While it is Plaintiff's position that the Court will resolve the motion to transfer prior to conducting a Markman hearing, Plaintiff does not want Defendant to feel prejudiced in any manner. If Defendant feels that a Stay would benefit it, then Plaintiff is unopposed.

Respectfully submitted,

**Ramey & Schwaller, LLP**

By: /s/ William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

*Attorneys for mCom IP, LLC*

---

[1] Doc. No. 27.

1

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of December 15, 2021, with a copy of the foregoing via e-mail.

/s/ William P. Ramey, III  
William P. Ramey, III